**Stephon MASON, Petitioner–Appellant,**

**v.**

**Terry O'BRIEN, Warden, U.S.P. Hazelton, Respondent–Appellee.**

**No. 14–6053.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 8, 2014.

Decided: April 18, 2014.

Stephon Mason, Appellant pro se.

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephon Mason, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mason v. O'Brien,* No. 2:13–cv–00050–JPB–JSK, 2013 WL 6583988 (N.D.W.Va. Dec. 17, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-fore this court and argument would not aid the decisional process.

*AFFIRMED.*